# Court of Appeals
# of the State of Georgia

ATLANTA,  June 27, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1904.  KEITH D. JONES et al. v. BANK OF AMERICA, N.A.**

Keith D. Jones and Forestine Evans Jones, defendants in the dispossessory case below, appeal from the superior court's judgment in favor of the plaintiff.  We lack jurisdiction because the appeal is untimely.

Although a notice of appeal generally may be filed within 30 days of entry of the order sought to be appealed, appeals from judgments in dispossessory actions must be filed within seven days of the date the judgment was entered.  OCGA § 44-7-56; *Radio Sandy Springs, Inc. v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011).  The superior court's order was entered on September 22, 2017, and the appellants filed their notice of appeal on October 6, which was 14 days later.  Accordingly, this appeal is untimely and is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/27/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*                     *, Clerk.*